EXHIBIT A

> baggage going back?

12/28/20, 9:59 PM

Somewhat less, we are leaving some of the boxes here.

Is there a reason for asking?

> Weight and balance. I forgot to ask you before the first trip. They'll fuel based on the weight of pax and bags. I will typically ask if you're packing average, light, or heavy.

Oh, ok, I didn't think we were anywhere close to a weight limit in that plane

> No, but we learned the hard way to ask. Helps the crew plan better. We do weight and balance as well as runway analysis for every flight and need the approximate weights to get our takeoff and landing numbers

Is it a runway length issue?

Oh, ok thanks.

12/29/20, 12:07 PM

> In order to change your departure date to the 4th, I have to shuffle some other flights around. Would it be ok if we planned for wheels up out of Hilton Head at 11 instead of noon?

12/29/20, 1:41 PM

Yes, that is what we wanted.

1/3/21, 6:45 PM

Do we have an N number for tomorrow morning? We are all set for an 1100 wheels up.

> N621MD

> I know this is kind of left-field, but I'm in LA buying a G4 the I'll be putting somewhere between DC and Boston. A friend of mine is going to own half and I'm going to sell my half as two 1/4 shares for $750k each. Exposure for

IFLYAJET0003254

> each partner for maintenance and fixed expenses is limited to their percentage ownership.
>
> The airplane was previously owned by Enrique Iglesias (the singer) and is currently owned by Mike Post (music composer who did a bunch of TV themes-Rockford Files, Magnum PI, LA Law). Post bought a G5.
>
> I'm going to get Buddy typed on the plane so he can do type ratings.
>
> Anyway, thought I'd run it past you. If it would fit in your hangar we could keep it at HEF.
>
> Count on be to throw out entertaining options!
>
> Bob

1/3/21, 7:59 PM

> Yes, we are interested. It may fit in our hangar. I'm sure we can make something work.

>> I'll send you some pictures

>> One nice thing is that it has CPDLC/FANS so it can use the Atlantic Tracks to Europe. Also has DirecTV

> Even better.
> They are asking if it will get into Hilton Head? I'm sure lightly loaded.

>> yes

> I guess maybe I should stop studying Falcons, and start Gulfstreams?

>> Not yet, but worth talking about

> Ok, just being a little funny.

>> I know. Emailed you some pics with captions

> We like the pictures and could be very interested

> We like the pictures and could be very interested  Want to know more about the maintenance programs and coming due items.  Can you bring it by so we can see it?

I'm in LA.  We're doing test flight tomorrow.  Pre-buy completed Friday.  I'll send you a copy of our budget.  Airplane is on 100% JSSI on the engines, MSP on the APU, HAPP for Honeywell avionics.

> And of course Mike Post did A-team and Baa Baa Black Sheep (I owned one of the Corsairs from the show).

Funny.

**1/8/21, 12:52 PM**



EXHIBIT A



Phil,
Here are some additional photos of the airplane. I'll email you a copy of our draft budget shortly
Bob

Not Delivered

IFLYAJET0003257