IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PHILIP ROGERS, | ) |
| *Plaintiff*, | ) ) |
| v. | ) ) Case No. 1:23-cv-01383 (PTG/JFA) |
| ROBERT BROWN, *et al.*, | ) ) |
| *Defendants*. | ) ) |

## ORDER

This matter comes before the Court on Defendants Robert Brown and IFLYAJET, Inc.'s Motions to Dismiss ("Motions"). Dkts. 8–10. The Court held oral argument on the Motions on Thursday, December 14, 2023. For the reasons stated from the bench, it is hereby

**ORDERED** that Defendants' Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(1) (Dkt. 8) is **GRANTED**. All Plaintiff's claims are **DISMISSED**; and it is further

**ORDERED** that Defendants' Motions to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) and Under the Doctrine of *Forum Non Conveniens* (Dkts. 9–10) are **DENIED as MOOT**.

The Clerk is directed to close this civil action.

Entered this 14th day of December, 2023
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge